# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RESORT PROPERTIES OF AMERICA, a Nevada sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>EL-AD PROPERTIES NY, LLC, a New York limited liability company; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, a Nevada Corporation; DOES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:07-cv-964<br>DEPT. NO.<br><br>STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE, OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND REPLY TO OPPOSITION TO MOTION FOR SUMMAR JUDGEMENT DEADLINES (Second Request) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE, OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT DEADLINES**

Plaintiff RESORT PROPERTIES OF AMERICA, by and through its undersigned counsel, and Defendant EL-AD PROPERTIES NY, LLC, by and through its undersigned counsel, hereby agree and stipulate to extend the deadline for the disclosure of expert witnesses under FRCP 26(a)(2)(c). The parties previously agreed to an extension on November 29, 2007. This extension is requested due to a delay in receiving the deposition transcript of Paul Reed.

The parties agree and stipulate that the initial disclosure of experts shall be made no later than February 8, 2008.

The parties also agree and stipulate that the last day for the disclosure of rebuttal experts

shall remain the same and be made no later than March 3, 2008.

The parties also agree and stipulate to extend the deadlines under Local Rule 7-2 for the parties to file the opposition and reply to Defendant's Motion for Summary judgment, filed on January 16, 2008.

The parties agree and stipulate that the last day for Plaintiff to file the Opposition to Defendant's Motion for Summary Judgment shall be no later than February 8, 2008.

The parties also agree and stipulate that the last day for Defendant to file the Reply to Plaintiff's Opposition to Motion for Summary Judgment shall be no later than February 29, 2008.

Dated this 29th day of January, 2008.

| HARRISON, KEMP, JONES & COULTHARD | SNELL & WILMER |
|---|---|
| Will Kemp, Esq.<br>Nevada Bar No. 1205<br>Jordan P. Schnitzer, Esq.<br>Nevada Bar No. 10744<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>Attorney for Plaintiff<br>*Resort Properties of America* | Patrick Byrne, Esq.<br>Nevada Bar No. 7636<br>Justin L. Carley, Esq.<br>Nevada Bar No. 9994<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Attorneys for Defendant<br>*El-Ad Properties NY, LLC.* |

ORDER

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE
DATED: February 5, 2008